IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
**RONALD JOHNSON,**           :
    **Petitioner,**           :
        v.           :   **CIVIL ACTION 12-4970**
                               :
**SUP. WENEROWICZ, et al.,**  :
    **Respondents.**         :
_____:

## ORDER

**AND NOW**, this 19th day of December 2013, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of Magistrate Judge M. Faith Angell [Doc. No. 17], Petitioner's objections thereto [Doc. No. 19], the Respondent's response and Petitioner's reply, it is hereby **ORDERED** that the Report and Recommendation is **APPROVED AND ADOPTED** insofar as it finds that this is a successive petition. Because this is a successive petition, pursuant to 28 U.S.C. §2244(b)(3)(A), the petition for writ of habeas corpus [Doc. No. 1] is **DISMISSED without prejudice** due to Petitioner's failure to move in the Third Circuit Court of Appeals to consider the petition.

Similarly, the supplemental petition filed on August 21, 2013 [Doc. No. 22] is **DISMISSED without prejudice** for failure to move in the Third Circuit Court of Appeals for an order authorizing this District Court to consider the supplemental petition.

It is so **ORDERED.**

                                                  **BY THE COURT:**

                                                  **/s/ Cynthia M. Rufe**

                                                  _____
                                                  **CYNTHIA M. RUFE, J.**